| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Gilman, Ronald L | 2. Court or Organization<br><br>U.S. Court of Appeals, 6th Cir | 3. Date of Report<br><br>04/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>01/01/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>167 N. Main Street, Suite 1176<br><br>Memphis, TN 38103 | 8. On the basis of the information contained in this Report and any certifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED APR 18 10 24 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Andy Rickman | April 30-May 1; Washington, DC; participated in wedding of former law clerk (transportation; lodging) |

## V. GIFTS. (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L | 04/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Gulf Housing Ltd. Partnership | | Rent | L | W | | | | | |
| 2. Pasture land in Shelby County, TN | A | Rent | N | T | | | | | |
| 3. Federal Bldg. Federal Credit Union | B | Interest | M | T | | | | | |
| 4. Am. Century Small Cap Value | A | Dividend | | | Sold | 6/1 | M | E | |
| 5. Schwab Money Market | A | Dividend | K | | | | | | |
| 6. Schwab Value Advantage | | Dividend | | | Sold | 6/14 | K | | |
| 7. DFA US Tax-Mdg. Small Cap Value | | Dividend | M | T | Partial Sale | 5/20 | K | D | |
| 8. DFA US Tax-Mdg. Small Cap Value | | | | | Partial Sale | 6/2 | L | E | |
| 9. DFA US Tax-Mdg. Small Cap Value | | | | | Buy | 10/14 | K | | |
| 10. Dodge & Cox Stock Fund | B | Dividend | L | T | Partial Sale | 6/2 | K | D | |
| 11. Dodge & Cox Stock Fund | | | | | Buy | 10/14 | K | | |
| 12. iShares Tr. Russell 3000 Index | D | Dividend | N | T | Partial Sale | 6/2 | N | F | |
| 13. iShares Tr. Russell 3000 Index | | | | | Buy | 10/14 | L | | |
| 14. Julius Baer Int'l Equity | | Dividend | | T | Partial Sale | 6/2 | L | E | |
| 15. Julius Baer Int'l Equity | | | | | Buy | 10/14 | L | | |
| 16. Oppenheimer Developing Markets | | Dividend | L | | Partial Sale | 6/2 | K | D | |
| 17. Profunds Rising Rates Oppty | | None | | | Buy | 10/6 | L | | |
| 18. Profunds Rising Rates Oppty | | | | | Sold | 11/12 | L | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$6,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L | 04/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Rydex Juno Fund | | None | M | T | Buy | 5/20 | L | | |
| 20. Rydex Juno Fund | | | | | Partial Sale | 10/5 | L | | |
| 21. Rydex Juno Fund | | | | | Buy | 11/5 | L | | |
| 22. Rydex Juno Fund | | | | | Buy | 11/23 | K | | |
| 23. Scudder Micro Cap | | None | | | Sold | 5/20 | M | E | |
| 24. Scudder Muni Bond Inst'l | A | Dividend | | | Sold | 1/5 | M | B | |
| 25. T Rowe Price Summit Muni Interm. | C | Dividend | M | T | Buy | 1/6 | M | | |
| 26. T Rowe Price Summit Muni Interm. | | | | | Buy | 5/20 | J | | |
| 27. T Rowe Price Summit Muni Interm. | | | | | Partial Sale | 6/2 | K | | |
| 28. T Rowe Price Summit Muni Interm. | | | | | Buy | 10/14 | K | | |
| 29. Thornburg Ltd. Term Muni | C | Dividend | | T | Buy | 5/20 | K | | |
| 30. Thornburg Ltd. Term Muni | | | | | Partial Sale | 6/2 | K | A | |
| 31. Thornburg Ltd. Term Muni | | | | | Buy | 10/14 | K | | |
| 32. Vanguard Short Term Muni | | Dividend | | | Buy | 5/21 | K | | |
| 33. Vanguard Short Term Muni. | | | | | Partial Sale | 6/3 | L | | |
| 34. Vanguard Short Term Muni | | | | | Buy | 10/14 | K | | |
| 35. IRA #1 | D | Dividend | | T | | | | | |
| 36. - Schwab Money Market | | | | | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L | 04/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Julius Baer Int'l Equity | | | | | | | | | |
| 38. - Pimco Real Return Inst'l | | | | | Partial Sale | 6/2 | K | | |
| 39. - Rydex Juno Fund | | | | | Sold | 6/2 | K | A | |
| 40. - Rydex Sphinx Fund | | | | | Buy | 7/29 | L | | |
| 41. IRA #2 | A | Dividend | K | T | | | | | |
| 42. - Schwab Money Market | | | | | | | | | |
| 43. - iShares Tr. Russell 3000 Index | | | | | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gilman, Ronald L | 04/11/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

Date __April 11, 2005__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544